UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARYL ROGERS,<br><br>                Plaintiff,<br>     v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>                Defendants. | Case No. C21-5011 BJR-TLF<br><br>ORDER DENYING EXTENSION OF DISCOVERY DEADLINE |

Plaintiff moves for an extension of the discovery deadline from November 14, 2022 to November 28, 2022. Dkt. 63. This motion, if granted, would modify the Court's scheduling order (Dkt. 61), to allow plaintiff two additional weeks to finish responding to defendant's requests for discovery. Plaintiff states that he needs additional time to properly respond to defendants' discovery requests.  But plaintiff has not given any reason for the delay. Under Fed. R. Civ. P. 16 (b)(4), "[a] schedule may be modified only for good cause and with the judge's consent". Defendants have not filed an objection to the extension, but plaintiff failed to give any reason whatsoever for the delay.

Accordingly, it is ORDERED**:**

(1)     The plaintiff's motion is DENIED. Discovery must be completed by **November 14, 2022.**

ORDER DENYING EXTENSION OF DISCOVERY
DEADLINE - 1

1    (2)   The Clerk shall send copies of this Order to Plaintiff and counsel for
2 Defendants.

3    Dated this 4th day of November, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge