UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARYL ROGERS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-5011-BJR-TLF<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for extension of time to respond to Defendants' motions for summary judgment (Dkt. 77, 80). *See* Dkt. 94. Plaintiff requests an additional sixty days to file his responses because he is currently involved in a criminal appeal in state court in which Plaintiff has competing deadlines. Defendants responded to Plaintiff's request and stated that they don't have an objection to granting Plaintiff additional time to respond to the motions for summary judgment. Dkt. 95.

Because Plaintiff has demonstrated good cause for the extension, and Defendants do not object, the Court will GRANT Plaintiff's motion for extension of time. Plaintiff's responses to both summary judgment motions must be filed by **June 12, 2023.** The Clerk is instructed to re-note defendants' motions for summary judgment (Dkts. 77, 80) to June 16, 2023.

ORDER - 1

Dated this 7th day of April, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2